# Court of Appeals
# of the State of Georgia

ATLANTA,  August 26, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0477.  JOHN SMITH et al. v. CHASE HOME FINANCE, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following the issuance of a writ of possession adverse to Lydia and John Smith, they filed a notice of appeal in superior court.  The superior court dismissed the notice of appeal on June 6, 2016, after the Smiths failed to pay the filing costs.  The Smiths filed this application for discretionary appeal on July 28, 2016.  We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-35 (d).  However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment. OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because the applicants filed this application 52 days after entry of the superior court's order, the application is untimely.  And this Court lacks jurisdiction to consider an untimely application. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

We note that the applicants are represented by attorney Grady Roberts, who has represented numerous dispossessory clients before this Court and who is well aware of the seven day deadline for appealing a dispossessory ruling. Court of Appeals Rule 15 authorizes the imposition of a sanction in any civil case wherein an application is determined to be frivolous. This application – filed well beyond the seven day

deadline – is frivolous. Accordingly, we hereby fine Grady Roberts $2,500. This sanction is imposed against attorney Grady Roberts and Roberts Law, LLC, jointly and severally, for the filing of this frivolous application. This penalty is not assessed against Roberts's clients. Upon receipt of this order, the superior court is DIRECTED to enter judgment in favor of Chase Home Finance LLC in the amount of $2,500 against Grady A. Roberts, III, and Roberts Law, LLC.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____08/26/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*